COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Cole Distribution, Inc. and Cole Chemical & Distributing, Inc. v.
Vexapak L.L.C., Antonio Gonzalez Cortez aka Antonio Gonzalez, Jr.
aka Antonio D. Gonzalez aka Antonio D. Gonzalez Cortes and Antonio
Gonzalez Cardenas, Princess Properties Limited Partnership, Cole
International, Inc. and Donna F. Cole

Appellate case number:     01-16-00599-CV

Trial court case number:     2008-27646

Trial court:                          125th District Court of Harris County

      The Clerk of this Court notified the parties that this appeal was subject to dismissal because the mediator informed the Court that the parties settled the case. In response, appellants have filed an unopposed motion to retain this appeal on the Court's docket for an additional 30 days while the parties finalize payment on the settlement reached during mediation. The motion is GRANTED. The parties are directed to either file a motion to dismiss or report on the status of the case by January 19, 2017.

      It is so ORDERED.

Judge's signature: /s/ Jane Bland
                    Acting individually


Date:  January 12, 2017